IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ANDREW BELL, ET AL.**                                                                                      **PLAINTIFFS**

**VS.**                                                   **3:04CV00303-WRW**

**AMERICAN GREETINGS CORPORATION**                                             **DEFENDANT**

## ORDER

Pending is Plaintiffs' Motion to Vacate Order on Motion for Relief (Doc. No. 25). Previously, Plaintiffs had filed a Motion to Withdraw Partial Class Certification (Doc. No. 14). This Motion was granted in an Order dated March 11, 2005 (Doc. No. 16). On July 12, 2005, Plaintiffs filed the Motion to Vacate this Order.

On July 27, 2005, a Joint Motion to Stay Ruling on Plaintiffs' Motion to Vacate was filed (Doc. No. 31); the stay was granted in an Order also dated July 27, 2005 (Doc. No. 32), pending resolution of the class certification issues by the parties themselves. I have now been informed by the parties that Plaintiffs have agreed not to revive the class claims that they had earlier voluntarily withdrawn.

Plaintiffs' Motion to Vacate Order on Motion for Relief is DENIED as MOOT.

IT IS SO ORDERED this 11th day of August, 2005.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE