IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| ANDREW BELL, ET AL, | * | |
| | * | |
| Plaintiffs, | * | CIVIL ACTION NO. |
| | * | 3:04-CV-00303-WRW |
| v. | * | |
| | * | |
| AMERICAN GREETINGS | * | |
| CORPORATION, | * | |
| | * | |
| Defendant. | * | |

## ORDER

The Court held a teleconference hearing with counsel for the Parties on January 3, 2006

concerning a statutory privilege relating to information provided to or obtained from the

Arkansas Employment Security Department (the "AESD"), codified at Arkansas Code Annotated

§ 11-10-314. During that teleconference, the Court ruled that the Parties could go forward and

continue depositions in this case for the remainder of that week without waiving such privilege

by things said or done during the depositions, to the extent the privilege is otherwise applicable

and was preserved previously through timely objections.

The Court held a teleconference hearing with counsel again on July 27, 2006 and

consistent with the above ruling, the Court hereby further temporarily **RULES** that the Parties

may go forward and continue depositions and discovery in this case with respect to information

or documents relating to the AESD without waiving any objections. The Court will received

briefs and rule at a later date on the applicability of the privilege and whether objections were

previously waived by the Parties prior to January 3, 2006.

SO ORDERED, this 31st day of July, 2006.

The Honorable William R. Wilson, Jr.
United States District Court Judge