## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**ANDREW BELL, ET AL.**                                                                **PLAINTIFFS**

**v.**                                          **3:04CV00303-WRW**

**AMERICAN GREETINGS CORP.**                                                          **DEFENDANT**

## ORDER

Pending is Defendant's Motion to Dismiss the Claims of Plaintiffs Sherry Wilson, Veronica Bogan and William Guy (Doc No. 78).  Plaintiffs have not responded.

Plaintiff Wilson was noticed but failed to appear for deposition on August 28, 2006. Plaintiff Bogan was noticed but failed to appear for deposition on August 31, 2006. Plaintiff Guy was noticed but failed to appear for deposition on September 8, 2006.

Citing Fed. R. Civ. P. 37(d), the Eighth Circuit has held that a district court has wide latitude in imposing sanctions for failure to comply with discovery,[1] and has upheld a dismissal for a failure to appear for a deposition.[2]   No motion to compel is required before dismissal under Rule 37(d);[3] however, Defendant did file a Motion to Compel Deposition, which was granted on August 26, 2006 (Doc. No. 69).

For good cause shown, it seems appropriate to DISMISS Plaintiffs Wilson, Bogan and Guy for their failure to appear for scheduled depositions.

IT IS SO ORDERED this 3rd day of October, 2006.


                                                              /s/Wm. R. Wilson, Jr.
                                                        UNITED STATES DISTRICT JUDGE

---

[1] *Farnsworth v. City of Kansas City*, 863 F.2d 33, 34 (8th Cir.1988) (*per curiam*), cert. denied, 493 U.S. 820 (1989).

[2] *Aziz v. Wright*, 34 F.3d 587, 589 (8th Cir. 1994).

[3] *Id.* (*citing Halas v. Consumer Servs. Inc*., 16 F.3d 161, 164 (7th Cir.1994)).