**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**ANDREW BELL, ET AL.**                                                                                    **PLAINTIFFS**

**v.**                                            **NO. 3:04CV00303-WRW**

**AMERICAN GREETINGS CORP.**                                                           **DEFENDANT**

## ORDER

Pending is a Motion to Quash (Doc. No. 82) filed by the Equal Employment Opportunity Commission. The Motion is GRANTED.

Also pending are Plaintiffs' Motions to Amend/Correct the Complaint (Doc. Nos. 90-91). These Motions are GRANTED. Plaintiffs are directed to promptly file the Amended Complaint.

As mentioned in the telephone conference held this afternoon, Defendant's Motion for Sanctions under Fed. R. Civ. P. 11 (Doc. No. 89) and its Motion in Limine (Doc. No. 92) will be taken under consideration and decided soon.

Finally, pending is Plaintiffs' Motion to File under Seal Plaintiffs' Response and Brief to Defendant's Motion for Sanctions (Doc. No. 102). The Motion is GRANTED. The Clerk is directed to remove Doc. Nos. 100 and 101 from CM-ECF and place them under seal.

IT IS SO ORDERED this 28th day of December, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE