# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ANDREW BELL, ET AL.**                                                                                    **PLAINTIFFS**

**v.**                                            **3:04CV00303-WRW**

**AMERICAN GREETINGS CORP.**                                                                    **DEFENDANT**

## ORDER

Pending are Plaintiff Walter Taylor's and Constance Swanigan's Motions to Strike American Greeting's Statement of Undisputed Facts in Support of Summary Judgment (Doc. No. 138 and 142).

Plaintiffs argue that the statement of facts "violate the spirt and letter" of Local Rule 56.1 and are overly reliant on Frank Richardson's affidavit, who they argue is not credible. With nothing more than broad assertions, Plaintiffs' motions are unsupported factually and legally. Accordingly, Plaintiffs' Motions are DENIED.

IT IS SO ORDERED this 9th day of February, 2007.

                                                      /s/Wm. R. Wilson, Jr.
                                          UNITED STATES DISTRICT JUDGE