# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**ANDREW BELL, ET AL.**                                                                **PLAINTIFFS**

**v.**                          **NO. 3:04CV00303-WRW**

**AMERICAN GREETINGS CORP.**                                                        **DEFENDANT**

## JUDGMENT

Based on the Order that was entered on this day, Plaintiffs' claims are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 29th day of May, 2007.

                                                /s/ Wm. R.Wilson,Jr.
                                           UNITED STATES DISTRICT JUDGE